| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No.: 3:19-CV-00127-BJD-MCR |
| Plaintiff, | |
| JASMINE PATES, | |
| Plaintiff-Intervenor, | |
| -against- | |
| THE DAY & ZIMMERMANN GROUP, INC. AND SUNRISE BEACH CORPORATION, D/B/A M2 SERVICES CORPORATION, | |
| Defendants. | |

## JOINT MOTION FOR APPROVAL AND ENTRY OF CONSENT DECREE

Pursuant to Fed. R. Civ. P. 7(b)(1) and 65(d), Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC"), and Defendants The Day & Zimmermann Group, Inc. ("D&Z") and Sunrise Beach Corporation, d/b/a M2 Services Corporation ("M2") ("Defendants"), respectfully and jointly request that the Court approve, and enter, the attached Consent Decree.

1.      EEOC is the federal agency responsible for enforcing federal laws prohibiting employment discrimination, including Title VII of the Civil Rights Act of 1964 ("Title VII").

2.      EEOC filed this action on January 29, 2019 pursuant to Title VII, Title I of the Civil Rights Act of 1991, 42 U.S.C. § 198la ("Title I"), and the Pregnancy Discrimination Act ("PDA") of 1978, 42 U.S.C. § 2000e(k), to correct unlawful employment practices on the basis

of sex (pregnancy) and to provide appropriate relief to Plaintiff-Intervenor Jasmine Pates ("Pates"). Dkt. No. 1.

3.      Defendants filed an Answer and Affirmative Defenses on March 21, 2019. Dkt. No. 8. Defendants deny the allegations asserted in the Complaint and maintain that they violated no law with respect to Ms. Pates.

4.      As a result of having engaged in comprehensive settlement negotiations, EEOC and Defendants have agreed to resolve this action in the terms reflected in the attached Consent Decree. *See* Exhibit A, attached hereto.[1]

5.      The parties request that the Court approve and execute the attached Consent Decree. The Consent Decree conforms to Fed. R. Civ. P. 65(d) in that it states the reasons why it is issued, provides specific terms that the parties must comply with, and describes in detail the acts restrained and required.

6.      The Court's entry of the Consent Decree will resolve all claims asserted by EEOC against Defendants in their entirety.

7.      The parties request that the Court administratively close this case and retain jurisdiction to enforce the terms of the Consent Decree. Each party has agreed to bear their own attorneys' fees and costs incurred in this matter.

**WHEREFORE**, for the foregoing reasons, the parties respectfully request that this Court grant this Joint Motion for Approval of Consent Decree and execute the attached

---

[1] Although Ms. Pates is not a party to the Consent Decree entered into between EEOC and Defendants, Ms. Pates has agreed with Defendants to also resolve claims asserted in her Amended Complaint-in-Intervention, Dkt. No. 16, by separate agreement. The parties anticipate that Ms. Pates and Defendants will soon file separate submissions to effectuate the dismissal of her independent claims.

Consent Decree, administratively close this action, retain jurisdiction to enforce the terms of the Consent Decree, and enter any and all further relief this Court deems equitable and just.

**Dated this 17th day of July, 2019**

Respectfully submitted,

*Attorneys for Plaintiff EEOC*

/s/ Robert L. Adler
ROBERT L. ADLER
Trial Counsel
Florida Bar No. 1004597
Robert.Adler@eeoc.gov

KIMBERLY A. CRUZ
Supervisory Trial Attorney
Kimberly.Cruz@eeoc.gov

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Miami District Office
Miami Tower
100 S.E. 2nd Street
Suite 1500
Miami, Florida 33131
Tel.: (305) 808-1790
Fax: (305) 808-1835

*Attorneys for Defendants*

/s/ Michael G. Prendergast
MICHAEL G. PRENDERGAST
Trial Counsel
Florida Bar No. 0373311
mprendergast@fordharrison.com

FORD HARRISON LLP
225 Water Street
Suite 710
Jacksonville, Florida 32202
Tel: (904) 357-2000
Fax: (904) 357-2001

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2019 I filed the foregoing document with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served on this day on all counsel identified on the attached Service List by email.

/s/ Robert L. Adler<br>
ROBERT L. ADLER

## <u>SERVICE LIST</u>

Michael G. Prendergast, Esq.
Wade E. Ballard, Esq.
Daniel Miles, Esq.

*Attorneys for Defendants*


P. Daniel Williams, Esq.
Leonard S. Magid, Esq.

*Attorneys for Plaintiff-Intervenor*